THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMION SAULTERS, Appellant. [60 NYS3d 917]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Carni, Lindley, DeJoseph and Winslow, JJ.